UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| EARL D. DOWTY,<br><br>              Petitioner,<br><br>     vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>              Respondent. | 4:16-CV-04065-KES<br><br>ORDER |

Petitioner, Earl D. Dowty, an inmate who is incarcerated at the U.S. Penitentiary in Coleman, Florida, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The Court directs the Petition in this case be served and a response be filed. Accordingly,

IT IS ORDERED:

(1) that the Clerk of Court shall serve upon Respondent and the United States Attorney for the District of South Dakota a copy of the Petition and this Order;

(2) that within 21 days after service, Respondent is directed to show cause why a writ pursuant to 28 U.S.C. § 2241 should not be granted;

(3) that Petitioner may file a reply within 14 days of service of the Respondent's response.

DATED this 26th day of May, 2016.

BY THE COURT:

*[signature]*
VERONICA L. DUFFY
United States Magistrate Judge